# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 20-mj-807 (BRT) |
| VICTOR DEVON EDWARDS | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 26, 2020, in Minneapolis, in the State and District of Minnesota, defendant VICTOR DEVON EDWARDS aided and abetted the commission of arson inside the Target Corporation's corporate headquarters building, located at 1000 Nicollet Mall, Minneapolis, Minnesota, a building used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 844(i) (arson) and 18 U.S.C. § 2 (aiding and abetting).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

Sara R. Thomas, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

*Printed name and title*

Date: November 4, 2020

City and State: St. Paul, MN

*Judge's Signature*

The Honorable Becky R. Thorson
United States Magistrate Judge

*Printed Name and Title*